UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Buddy Struckman,

    Plaintiff,

        v.                                Case No. 1:17cv772

Hamilton County Prosecutor, *et al.*,        Judge Michael R. Barrett

    Defendants.

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on November 17, 2017 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, the Complaint (Doc. 3) is dismissed for lack of federal jurisdiction and for failure to state a claim.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

    **IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett
                                                United States District Judge